IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON C. SHEPPARD, | ) |
| | ) 2:15cv1616 |
| Plaintiff, | ) Electronic Mail |
| | ) |
| v. | ) Judge David Stewart Cercone |
| | ) Chief Magistrate Judge Maureen P. Kelly |
| MOLIKE M. GREEN and MONICA LONG, | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 6th day of January, 2017, after Plaintiff Jason C. Sheppard filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until December 16, 2016, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Jason C. Sheppard
1665 New Haven Avenue
Pittsburgh, PA 15216
(*Via First Class Mail*)